UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                               CASE NO. 07 B 13240
  JEFFREY L HOWELL
  DEBORAH D HOWELL                    CHAPTER 13

                                     JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-5595    SSN XXX-XX-0181
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/24/07 and confirmed on 10/04/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  16338.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 8726.47 | .00 | 8726.47 |
| KANE COUNTY TREASURER | SECURED | 2832.00 | .00 | 2832.00 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| MIDFIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 780.21 | .00 | 780.21 |
| CREDIT COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 186.65 | .00 | 186.65 |

              Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11558.47 | .00 | 966.86 | .00 | 12525.33 |
| PRINCIPAL PAID | 11558.47 | .00 | 966.86 | .00 | 12525.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11558.47 | .00 | 966.86 | .00 | 12525.33 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $  3500.00
and was paid $   1146.00  direct and $   2354.00  through the plan.

The Trustee received $    832.05 .

Refunds to the Debtor totaled $    626.62 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/11/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE